IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Bruce Riley Bey, | ) | C/A No.: 4:22-1239-SAL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Peter Becker; Timothy Baxley; Marcia Frye; Kevin Shwedo; Anthony Dennis; Sgt. Michael Buchanan, Sumter County Deputy; Officer S. Ballard, Clarendon County Deputy; Sumter County Detention Center South Carolina Law Enforcement; Brian Keith Griffen; General Session Court; James E. Campbell, Clerk of Court; Clarendon County Detention Center; Jordan T Smith, Patrolman; SC Highway Patrol, Florence County; Florence County Magistrate Court; Cpl. F. Melendez; Troop 1 SC Highway Patrol; Sumter County Magistrate Court; Sumter County Clerk of Court, General Sessions; and Clarendon County Magistrate Court, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Bruce Riley Bey ("Plaintiff"), proceeding *pro se*, filed this action alleging a violation of his civil rights. On April 20, 2022, the court directed Plaintiff to describe with specificity how each Defendant violated his civil rights, to pay the $400 filing fee or complete an application to proceed without prepayment of fees, and to provide the service documents necessary to advance his case. [ECF No. 11.] Plaintiff was warned that the failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* The time for

response expired on May 11, 2022, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed without prejudice** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

June 28, 2022
Columbia, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.